**PUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

CHARLESTON AREA MEDICAL CENTER,
INCORPORATED,
            *Plaintiff-Appellee,*

        and

ST. PAUL FIRE & MARINE INSURANCE
COMPANY,
            *Intervenor/Plaintiff,*

        v.

PARKE-DAVIS, a division of Warner
Lambert; PFIZER, INCORPORATED, its
successor by merger,
            *Defendants-Appellants,*

        and

DANNY A. RADER, MD; TERRI MILES,
RN; JOHN/JANE DOE, MD; JANE DOE,
R.N.; JOHN/JANE DOE, Pharmacist;
JOHN/JANE DOE, Pharmacy
Technician; JOHN DOE,
Agency/Corporation,
            *Third Party Defendants.*

No. 02-2264

CHARLESTON AREA MEDICAL CENTER,
INCORPORATED,
                    *Plaintiff-Appellant,*

                    and

ST. PAUL FIRE & MARINE INSURANCE
COMPANY,
                    *Intervenor/Plaintiff,*

                    v.

PARKE-DAVIS, a division of Warner
Lambert; PFIZER, INCORPORATED, its
successor by merger,
                    *Defendants-Appellees.*

─────────────────────────────

DANNY A. RADER, MD; TERRI MILES,
RN; JOHN/JANE DOE, MD; JANE DOE,
R.N.; JOHN/JANE DOE, Pharmacist;
JOHN/JANE DOE, Pharmacy
Technician; JOHN DOE,
Agency/Corporation,
                    *Third Party Defendants.*

No. 02-2303

Appeals from the United States District Court
for the Northern District of West Virginia, at Wheeling.
Frederick P. Stamp, Jr., District Judge.
(CA-00-132-5)

Argued: September 23, 2003

Decided: July 26, 2005

Before WIDENER, WILKINSON, and NIEMEYER, Circuit Judges.

Vacated and remanded with instructions by published per curiam opinion.

---

## COUNSEL

**ARGUED:** Diana Everett, STEPTOE & JOHNSON, P.L.L.C., Charleston, West Virginia, for Appellants. Shawn Patrick George, GEORGE & LORENSEN, P.L.L.C., Charleston, West Virginia, for Appellee. **ON BRIEF:** Amy M. Smith, STEPTOE & JOHNSON, P.L.L.C., Clarksburg, West Virginia, for Appellants.

---

## OPINION

PER CURIAM:

### I.

The judgment of the District Court entered December 14, 2001, allowed plaintiff Charleston Area Medical Center, Inc. to recover from the defendants, Parke-Davis and Pfizer, Inc., the amount of $1.75 million as contribution for a portion of the $2.5 million settlement paid by Charleston Area Medical Center to the family of the victim. *Charleston Area Medical Center, Inc. v. Parke-Davis*, No. 5:00-cv-132 (N.D. W.Va. Dec. 14, 2001).

By our order dated September 16, 2004, we referred the following question to the Supreme Court of Appeals of West Virginia:

> Does the law of West Virginia allow a tortfeasor to negotiate and consummate a settlement with the injured party on behalf of itself, before any lawsuit is filed, which would benefit also another party claimed to be a second joint tortfeasor, and thereafter obtain a judgment against the second joint tortfeasor in an action for contribution, although the second joint tortfeasor was not a party to, not aware of, and had no notice of the settlement.

*Charleston Area Medical Center v. Parke-Davis*, 385 F.3d 418, 419 (4th Cir. 2004). The Supreme Court of Appeals of West Virginia accepted our reference, and in its opinion dated May 11, 2005, that court answered the question presented in the negative. We adopt that opinion as our own. *Charleston Area Medical Center, Inc. v. Parke-Davis*, ___ S.E.2d ___ (W. Va. 2005).

## II.

On May 20, 2005, Charleston Area Medical Center filed its motion in this court to dismiss the appeal in this case of Parke-Davis and Pfizer, Inc., to which motion Parke-Davis and Pfizer filed a response on June 6, 2005. To the response of Parke-Davis and Pfizer, Charleston Area Medical Center filed a reply on June 14, 2005.

We have considered the motion to dismiss the appeal and are of opinion it is without merit.

It is accordingly ADJUDGED and ORDERED that the said motion to dismiss the appeal in this case shall be, and it hereby is, denied.

It is FURTHER ADJUDGED and ORDERED that the judgment of the district court is accordingly vacated, and the case is remanded to the district court for entry of judgment consistent with the said opinion of the Supreme Court of Appeals of West Virginia.

*VACATED AND REMANDED WITH INSTRUCTIONS*